## Richard C. HAYES and Frank M. Jones, Trustees of the Consolidated Fisheries Company, Owner of The Steamer Mary B. Garner, Libelants and Appellants, v. ROBINS DRY DOCK & REPAIR COMPANY and Todd Dry Dock Engineering & Repair Company, Respondents-Appellees.
### No. 103.

Circuit Court of Appeals, Second Circuit.
Jan. 3, 1938.

Macklin, Brown, Lenahan & Speer, of New York City (Gerald J. McKernan and Horace L. Cheyney, both of New York City, of counsel), for appellant.

Crowell & Rouse, of New York City (E. Curtis Rouse and George L. Varian, both of New York City, of counsel), for appellees.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.